2010-JUL-20  11:25    FROM-ABC LEGAL SERVICES         +2132539413         T-428  P.004/007  F-429

COPY

Sean Reis, SBN 184044
Edelson McGuire LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
(949) 459-2124

ATTORNEYS FOR Plaintiff

FILED

2010 JUL 20  AM 10: 32

CLERK U.S DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

THOMAS ROBINS, individually and on behalf of all others similarly situated,

Plaintiff,

v.

SPOKEO, Inc., a California corporation,

Defendant(s).

CASE NUMBER

**CV10 5306 ODW (AGRx)**

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Plaintiff
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Plaintiff Thomas Robins | Party to the suit |

7-20-10
Date

Sign

Sean Reis
Attorney of record for or party appearing in pro per

CV-30 (04/10)                      NOTICE OF INTERESTED PARTIES