| Attorney or Party without Attorney: SEAN REIS, ESQ., Bar #184044 EDELSON MCGUIRE LLP 30021 TOMAS STREET SUITE 300 RANCHO SANTA MARGARITA, CA 92688 Telephone No: 949-459-2124 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:

United States District Court, Central District Of California

Plaintiff: THOMAS ROBINS
Defendant: SPOKEO, INC.

| PROOF OF SERVICE SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number: CV10 5306 ODW (AGRx) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1); NOTICE OF COUNSEL; NEW CIVIL ACTIONS; UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA CIVILITY AND PROFESSIONALISM GUIDELINES; CLERK'S OFFICE SERVICES FOR ATTORNEYS AND THE GENERAL PUBLIC.

3. a. Party served: SPOKEO, INC., a California corporation
   b. Person served: Harrison Tang, Agent for Service of process, SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served: Harrison Tang, Agent
   556 South Fairoaks
   Suite 101-179
   PASADENA, CA 91101

5. I served the party:
   b. **by substituted service.** On: Mon., Jul. 26, 2010 at: 4:29PM by leaving the copies with or in the presence of:
   Marciso Meza, Person-In-Charge
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. Person Who Served Papers:    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. RAMON ROBLES
   d. **The Fee** for Service was: $553.32

   First Legal
   1511 West Beverly Blvd.
   Los Angeles, CA 90026
   Telephone  (213) 250-9111
   Fax        (213) 250-1197
   www.firstlegalnetwork.com

   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 3756
      (iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Wed, Jul. 28, 2010

(RAMON ROBLES)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

9223840:kc.seare.304976

| | For Court Use Only |
|---|---|
| *Attorney or Party without Attorney:*<br>SEAN REIS, ESQ., Bar #184044<br>EDELSON MCGUIRE LLP<br>30021 TOMAS STREET<br>SUITE 300<br>RANCHO SANTA MARGARITA, CA 92688<br>*Telephone No:* 949-459-2124     *FAX No:* | |

*Ref. No or File No.:*

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Central District Of California

*Plaintiff:* THOMAS ROBINS
*Defendant:* SPOKEO, INC.

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV10 5306 ODW (AGRx) |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS; COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1); NOTICE OF COUNSEL; NEW CIVIL ACTIONS; UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA CIVILITY AND PROFESSIONALISM GUIDELINES; CLERK'S OFFICE SERVICES FOR ATTORNEYS AND THE GENERAL PUBLIC.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:         Tue., Jul. 27, 2010
   b. Place of Mailing:        SANTA ANA, CA 92701
   c. Addressed as follows:    SPOKEO, INC., a California corporation
                               Harrison Tang, Agent
                               556 South Fairoaks
                               Suite 101-179
                               PASADENA, CA 91101

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Tue., Jul. 27, 2010 in the ordinary course of business.

5. Person Serving:                                         Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ANGELICA MURCH                                       d. **The Fee** for Service was:   $553.32
   b. FIRST LEGAL SUPPORT SERVICES                         e. I am: Not a Registered California Process Server
      301 CIVIC CENTER DR. WEST
      SANTA ANA, CA 92701
   c. (714) 541-1110

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Wed, Jul. 28, 2010

Judicial Council Form                    PROOF OF SERVICE                    (ANGELICA MURCH)
Rule 2.150.(a)&(b) Rev January 1, 2007        By Mail                       9223840;kc.seare.304976