Michael Aschenbrener
350 North LaSalle, Suite 1300
Chicago, IL 60654
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Thomas Robins<br><br>　　　　　　　　　　　Plaintiff(s)<br>　　　v.<br>Spokeo, Inc.<br><br>　　　　　　　　　　　Defendant(s). | CASE NUMBER<br>2:10-cv-05306-ODW (AGRx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT<br>ATTORNEY TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of __Michael Aschenbrener__
*Applicant's Name*

of __Edelson McGuire LLC, 350 North LaSalle Street, Suite 1300, Chicago, IL 60654__
*Firm Name / Address*

__312-589-6378__                                       __maschenbrener@edelson.com__
*Telephone Number*                                                  *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of   [X] Plaintiff  [ ] Defendant

__Thomas Robins__

and the designation of __Sein Reis / 184044__
*Local Counsel Designee /State Bar Number*

of __Edelson McGuire, LLP, 30021 Tomas Street, Suite 300, Rancho Santa Margarita, CA 92688__
*Local Counsel Firm / Address*

__(949) 459-2124__                                       __sreis@edelson.com__
*Telephone Number*                                                  *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

　　[x] GRANTED

　　[ ] DENIED.  Fee, if paid, shall be returned by the Clerk.

Dated  August 12, 2010

_____
U. S. District Judge

---

G–64 ORDER (01/08)    **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**