1

**ANNE F. BRADLEY, CA Bar No. 252,563**
Email:  anne.bradley@cph.com

2

**CHRISTIE, PARKER & HALE, LLP**
**3501 Jamboree Road, Suite 6000 - North Tower**

3

**Newport Beach, CA 92660**
**Telephone: (949) 476-0757**

4

**Facsimile:  (949) 476-8640**

5

**Attorneys for Defendant**
**SPOKEO, INC.**

6

7

**MICHAEL J. ASCHENBRENER (admitted pro hac vice)**
Email:  maschenbrener@edelson.com

8

**EDELSON MCGUIRE, LLC**
**350 North LaSalle Street, Suite 1300**
**Chicago, Illinois 60654**

9

**Telephone: (312) 589-6370**
**Fax: (312) 589-6378**

10

11

**Attorneys for Plantiff**
**THOMAS ROBINS**

12

13

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

14

WESTERN DIVISION

15

16

THOMAS ROBINS, individually
and on behalf of all others similarly
situated,

17

Plaintiff,

18

vs.

19

SPOKEO, INC., a California
corporation,

20

21

Defendant.

22

23

Case No. 2:10-cv-05306 ODW (AGRx)

**JOINT STIPULATION RE**
**EXTENSION OF TIME FOR**
**DEFENDANT SPOKEO, INC. TO**
**ANSWER OR OTHERWISE**
**PLEAD**

**CLASS ACTION**

**Hon. Otis D. Wright II**

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

      Defendant, Spokeo, Inc., and Plaintiff, Thomas Robins, by and through their respective counsel, hereby stipulate to a one month extension of time for Spokeo, Inc. to answer or otherwise plead in response to the Complaint filed by Thomas Robins.

      This is the first request for an extension.  Spokeo, Inc. shall have until September 27, 2010 to file an Answer or otherwise plead in response to the Complaint.

Dated:  August 17, 2010      CHRISTIE, PARKER & HALE, LLP

By: */s/ Anne F. Bradley*

    ANNE F. BRADLEY
    Attorneys for Defendant
    SPOKEO, INC.

Dated:  August 17, 2010      EDELSON MCGUIRE, LLC

By: */s/ Michael J. Aschenbrener*

    MICHAEL J. ASCHENBRENER
    Attorneys for Plaintiff
    THOMAS ROBINS

KMG IRV1119571.1-*-08/17/10 1:12 PM