Benjamin H. Richman
Edelson McGuire LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ROBINS, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s)<br>v.<br>SPOKEO, INC., a California corporation,<br><br>Defendant(s). | CASE NUMBER<br><br>2:10-cv-05306-ODW (AGRx)<br><br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

NOTICE: Effective July 26, 2010, the fee for *Pro Hac Vice* Appearance is $275.00 for **each case** application. Please submit the fee with your application. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required.

A CERTIFICATE OF GOOD STANDING for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, Benjamin H. Richman _____, hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☒ Plaintiff ☐ Defendant: Thomas Robins _____ by whom I have been retained.

My business information is:

Edelson McGuire LLC
*Firm Name*

350 North LaSalle Street, Suite 1300
*Street Address*

Chicago, Illinois 60654
*City, State, Zip*

brichman@edelson.com
*E-Mail Address*

312/589-6377
*Telephone Number*

312/589-6378
*Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| Title of Court | Date of Admission |
|---|---|
| Supreme Court of the State of Illinois | November 5, 2009 |
| United States District Court for the Northern District of Illinois | November 24, 2009 |
| | |
| | |

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| 2:09-cv-08497-MMM | Resmer v. Oversee.net, Inc. et al. | 12/02/2009 | Granted |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate Sean Reis as local counsel, whose business information is as follows:

Edelson McGuire LLP
*Firm Name*

30021 Tomas Street, Suite 300
*Street Address*

Rancho Santa Margarita, California 92688        sreis@edelson.com
*City, State, Zip*                              *E-Mail Address*

949/459-2124                                    949/459-2123
*Telephone Number*                              *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated   August 18, 2010           Benjamin H. Richman
                                  *Applicant's Name (please print)*

                                  [signature]
                                  *Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated   August 18, 2010           Sean Reis
                                  *Designee's Name (please print)*

                                  [signature]
                                  *Designee's Signature*

                                  184044
                                  *Designee's California State Bar Number*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS
www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield, IL 62701
(217) 522-6838  (800) 252-8048
Fax (217) 522-2417

Benjamin Harris Richman
Edelson McGuire LLC
350 North LaSalle Street
Suite 1300
Chicago, IL 60654-7582

Chicago
Friday, August 06, 2010

In re: Benjamin Harris Richman
Admitted: 11/5/2009
Attorney No. 6300668

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Roxanne Trenter
Deputy Registrar

RT