Benjamin H. Richman
Edelson McGuire LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ROBINS, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s)<br>v.<br>SPOKEO, INC., a California corporation,<br><br>Defendant(s). | CASE NUMBER<br><br>2:10-cv-05306-ODW (AGRx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of __Benjamin H. Richman__,
*Applicant=s Name*

of _Edelson McGuire LLC, 350 North LaSalle Street, Suite 1300, Chicago, Illinois 60654_
*Firm Name / Address*

__312/589-6377__   __brichman@edelson.com__
*Telephone Number*   *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of [X] Plaintiff [ ] Defendant

__Thomas Robins__ and the designation of __Sein Reis / 184044__
*Local Counsel Designee /State Bar Number*

of _Edelson McGuire, LLP, 30021 Tomas Street, Suite 300, Rancho Santa Margarita, California 92688_
*Local Counsel Firm / Address*

__949/459-2124__   __sreis@edelson.com__
*Telephone Number*   *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

[X] **GRANTED**
[ ] **DENIED.** Fee, if paid, shall be returned by the Clerk.

Dated 8/23/10

__OTIS D. WRIGHT__
U. S. District Judge/U. S. Magistrate Judge

GB64 ORDER (01/08)   ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE