1  **ANNE F. BRADLEY, CA Bar No. 252,563**
   Email: anne.bradley@cph.com
2  **CHRISTIE, PARKER & HALE, LLP**
   3501 Jamboree Road, Suite 6000 - North Tower
3  Newport Beach, CA 92660
   Telephone: (949) 476-0757
4  Facsimile: (949) 476-8640

5  **Attorneys for Defendant**
   **SPOKEO, INC.**
6
   **MICHAEL J. ASCHENBRENER (admitted pro hac vice)**
7  Email: maschenbrener@edelson.com
   **EDELSON MCGUIRE, LLC**
8  350 North LaSalle Street, Suite 1300
   Chicago, Illinois 60654
9  Telephone: (312) 589-6370
   Fax: (312) 589-6378
10
   **Attorneys for Plaintiff**
11 **THOMAS ROBINS**

12
                    UNITED STATES DISTRICT COURT
13
                   CENTRAL DISTRICT OF CALIFORNIA
14
                          WESTERN DIVISION
15

16 THOMAS ROBINS, individually          Case No. 2:10-cv-05306 ODW (AGRx)
   and on behalf of all others similarly
   situated,
17
                                        **JOINT STIPULATION RE**
                Plaintiff,              **EXTENSION OF TIME FOR**
18                                      **DEFENDANT SPOKEO, INC. TO**
          vs.                           **ANSWER OR OTHERWISE**
19                                      **PLEAD**
   SPOKEO, INC., a California
20 corporation,
                                        **CLASS ACTION**
21              Defendant.
                                        **Hon. Otis D. Wright II**
22

Defendant, Spokeo, Inc., and Plaintiff, Thomas Robins, by and through their respective counsel, hereby stipulate to an additional one week extension of time for Spokeo, Inc. to answer or otherwise plead in response to the Complaint filed by Thomas Robins.

This is the second request for an extension of time. Spokeo, Inc. shall have until October 4, 2010 to file an Answer or otherwise plead in response to the Complaint.

Dated: September 16, 2010        CHRISTIE, PARKER & HALE, LLP

By: */s/ Anne F. Bradley*
ANNE F. BRADLEY
Attorneys for Defendant
SPOKEO, INC.

Dated: September 16, 2010        EDELSON MCGUIRE, LLC

By: */s/ Michael J. Aschenbrener*
MICHAEL J. ASCHENBRENER
Attorneys for Plaintiff
THOMAS ROBINS

KMG IRV1119663.1-*-09/16/10 8:30 AM