# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| THOMAS ROBINS, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SPOKEO, INC., a California corporation,<br><br>　　　　　Defendant. | Case No. 2:10-cv-05306 ODW (AGRx)<br><br>**ORDER GRANTING DEFENDANT'S EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**<br><br>**CLASS ACTION**<br><br>**Hon. Otis D. Wright II** |

**IT IS HEREBY ORDERED** that Defendant's Extension of Time to file an Answer or otherwise plead in response to the Complaint be extended to October 4, 2010.

**IT IS SO ORDERED.**

Dated: September 22, 2010

_____
Hon. Otis D. Wright II
United States District Judge

KMG IRV1119664.1-*-09/16/10 11:19 AM

CHRISTIE, PARKER & HALE, LLP

-1-