**ANNE F. BRADLEY, CA Bar No. 252,563**
Email: anne.bradley@cph.com
**CHRISTIE, PARKER & HALE, LLP**
3501 Jamboree Road, Suite 6000 - North Tower
Newport Beach, CA 92660
Telephone: (949) 476-0757
Facsimile: (949) 476-8640

Attorneys for Defendant
SPOKEO, INC.

**BENJAMIN H. RICHMAN (admitted pro hac vice)**
Email: brichman@edelson.com
**EDELSON MCGUIRE, LLC**
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6377
Fax: (312) 589-6378

Attorneys for Plantiff
THOMAS ROBINS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THOMAS ROBINS, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>       vs.<br><br>SPOKEO, INC.,<br><br>                Defendant. | Case No. 2:10-cv-05306 ODW (AGRx)<br><br>**JOINT STIPULATION RE EXTENSION OF TIME FOR DEFENDANT SPOKEO, INC. TO ANSWER OR OTHERWISE PLEAD**<br><br>**CLASS ACTION**<br><br>**Hon. Otis D. Wright II** |

CHRISTIE, PARKER & HALE, LLP

-1-

Defendant, Spokeo, Inc., and Plaintiff, Thomas Robins, by and through their respective counsel, hereby stipulate to an additional extension of time for Spokeo, Inc. to answer or otherwise plead in response to the Complaint filed by Thomas Robins.

This is the third request for an extension of time. Spokeo, Inc. shall have until November 3, 2010 to file an Answer or otherwise plead in response to the Complaint.

Dated: September 27, 2010     CHRISTIE, PARKER & HALE, LLP

By: */s/ Anne F. Bradley*
ANNE F. BRADLEY
Attorneys for Defendant
SPOKEO, INC.

Dated: September 27, 2010     EDELSON MCGUIRE, LLC

By: */s/ Benjamin H. Richman*
BENJAMIN H. RICHMAN
Attorneys for Plaintiff
THOMAS ROBINS

KMG IRV1119695.1-*-09/28/10 11:48 AM