SEAN REIS (sreis@edelson.com)
EDELSON MCGUIRE, LLP
7700 Irvine Drive, Suite 800
Irvine, California 92618
Telephone:  (714) 352-5200
Facsimile:  (714) 352-5201

MICHAEL J. ASCHENBRENER (maschenbrener@edelson.com)
BENJAMIN H. RICHMAN (brichman@edelson.com)
EDELSON MCGUIRE, LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Fax: (312) 589-6378

*Attorneys for Plaintiff*

ANNE F. BRADLEY, CA Bar No. 252,563
Email:  anne.bradley@cph.com
CHRISTIE, PARKER & HALE, LLP
3501 Jamboree Road, Suite 6000 - North Tower
Newport Beach, CA 92660
Telephone: (949) 476-0757
Facsimile:  (949) 476-8640

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS ROBINS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SPOKEO, INC.,<br><br>Defendant. | Case No. 2:10-cv-05306 ODW (AGRx)<br><br>**JOINT STIPULATION REGARDING DATE OF SERVICE OF COMPLAINT**<br><br>**CLASS ACTION**<br><br>Hon. Otis D. Wright II<br><br>Action Filed:  July 20, 2010 |

1      Plaintiff THOMAS ROBINS and Defendant SPOKEO, INC. (collectively the "Parties")
2  hereby stipulate to the date of service of Plaintiff's Complaint. In support of this Stipulation, the
3  Parties state as follows:
4      **WHEREAS**, on July 20, 2010, Plaintiff Robins filed his original Class Action Complaint in
5  this Court;
6      **WHEREAS**, Defendant's current deadline to Answer, Move, or otherwise respond to
7  Plaintiff's Complaint is November 3, 2010 (Dkt. 16);
8      **WHEREAS**, Plaintiff mailed a copy of the summons and of the complaint by first-class
9  mail, postage prepaid on July 27, 2010 to the person to be served at the place where a copy of the
10 summons and complaint were left. Service of a summons in this manner is deemed complete on the
11 10th day after the mailing;
12     **WHEREAS**, the 10th day after mailing is August 6, 2010;
13     **WHEREAS**, the Parties file this stipulation to clarify for all Parties and the Court the actual
14 date of service of Plaintiff's Complaint;
15     **NOW THEREFORE**, the Parties hereby **STIPULATE** and **AGREE** as follows:
16     1.     Plaintiff Robins and Defendant Spokeo, Inc. agree that the actual date of service of
17            Plaintiff's Class Action Complaint is August 6, 2010, which means the deadline for
18            Plaintiff to move for Class Certification is November 4, 2010, pursuant to Local
19            Rule 23-3.
20     //
21     //
22     //
23     //
24     //
25     //

**IT IS SO STIPULATED:**

Dated: October 25, 2010                    EDELSON MCGUIRE, LLC


                                           By: s/ Michael J. Aschenbrener
                                               MICHAEL J. ASCHENBRENER
                                               maschenbrener@edelson.com
                                               Edelson McGuire, LLC
                                               350 North LaSalle Street, Suite 1300
                                               Chicago, Illinois 60654

                                               Attorneys for Plaintiff
                                               Thomas Robins


Dated: October 25, 2010                    CHRISTIE, PARKER & HALE, LLP


                                           By: s/ Anne F. Bradley
                                               ANNE F. BRADLEY
                                               3501 Jamboree Road, Suite 6000 - North Tower
                                               Newport Beach, CA 92660
                                               Telephone: (949) 476-0757
                                               Facsimile: (949) 476-8640

                                               Attorneys for Defendant
                                               Spokeo, Inc.

**PROOF OF SERVICE**

The undersigned certifies that, on October 25, 2010, he caused the document titled JOINT STIPULATION REGARDING DATE OF SERVICE OF COMPLAINT to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

s/ Michael J. Aschenbrener
Michael J. Aschenbrener
