SEAN REIS (sreis@edelson.com) (SBN: 184044)
EDELSON MCGUIRE, LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124
Facsimile: (949) 459-2123

MICHAEL J. ASCHENBRENER (maschenbrener@edelson.com)
BENJAMIN H. RICHMAN (brichman@edelson.com)
EDELSON MCGUIRE, LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Fax: (312) 589-6378

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| THOMAS ROBINS, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>SPOKEO, INC.,<br><br>　　　　　　Defendant. | Case No. 2:10-cv-05306 ODW (AGRx)<br><br>**NOTICE OF LODGING RE [PROPOSED] ORDER REGARDING DATE OF SERVICE OF PLAINTIFF'S COMPLAINT**<br><br>CLASS ACTION<br><br>Hon. Otis D. Wright II<br><br>Action Filed: July 20, 2010 |

1

1  TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF
2  RECORD:
3      Plaintiff Thomas Robins hereby lodges the following document, attached herewith:
4      1.    [Proposed] Order Re Date of Service of Plaintiff's Complaint.
5      This [Proposed] Order relates to DKT 17.
6
7                                      Respectfully Submitted,
8  Dated: October 26, 2010        EDELSON MCGUIRE, LLC
9
10
11                                   By: s/ Michael J. Aschenbrener
                                       MICHAEL J. ASCHENBRENER
                                       maschenbrener@edelson.com
                                       Edelson McGuire, LLC
                                       350 North LaSalle Street, Suite 1300
                                       Chicago, Illinois 60654

                                       Attorneys for Plaintiff
                                       Thomas Robins

**PROOF OF SERVICE**

The undersigned certifies that, on October 26, 2010, he caused the document titled NOTICE OF LODGING RE [PROPOSED] ORDER REGARDING DATE OF SERVICE OF PLAINTIFF'S COMPLAINT to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

s/ Michael J. Aschenbrener
Michael J. Aschenbrener
