UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THOMAS ROBINS, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br> vs.<br><br>SPOKEO, INC.,<br><br>   Defendant. | Case No. 2:10-cv-05306 ODW (AGRx)<br><br>**ORDER REGARDING DATE OF SERVICE OF PLAINTIFF'S COMPLAINT**<br><br>CLASS ACTION<br><br>Hon. Otis D. Wright II<br><br>Action Filed: July 20, 2010 |

**IT IS HEREBY ORDERED** that Plaintiff's Complaint was served on August 6, 2010 and Plaintiff's deadline to move for class certification pursuant to Local Rule 23-3 is November 4, 2010.

**IT IS SO ORDERED.**

Dated: October 27, 2010

                  _____
                  Hon. Otis D. Wright II
                  United States District Judge