MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
jnadolenco@mayerbrown.com
BARRETT L. SCHREINER (SBN 266617)
bschreiner@mayerbrown.com
350 South Grand Avenue
25th Floor
Los Angeles, CA  90071-1503
Telephone:   (213) 229-9500
Facsimile:    (213) 625-0248

Attorneys for Defendant
SPOKEO, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT
## WESTERN DIVISION

| | |
|---|---|
| THOMAS ROBINS,<br><br>   Plaintiff,<br><br>   v.<br><br>SPOKEO, INC.,<br><br>   Defendant. | Case No. CV-10-5306-ODW (AGRx)<br><br>**JOINT STIPULATION EXTENDING TIME FOR PLAINTIFF TO MOVE FOR CLASS CERTIFICATION**<br><br>Complaint Filed:   July 20, 2010<br><br>Judge:   Hon. Otis D. Wright II |

1  Plaintiff Thomas Robins ("Plaintiff") and Defendant Spokeo, Inc.
2  ("Defendant"), by and through their respective counsel, hereby stipulate as
3  follows:
4  WHEREAS, Plaintiff filed his putative class action Complaint in this Court
5  on July 20, 2010;
6  WHEREAS, Defendant was served with the Complaint on August 6, 2010;
7  WHEREAS, the terms of Central District L.R 23-3 require Plaintiff's class
8  certification motion to be filed within 90 days of service of the Complaint, or
9  November 4, 2010, unless otherwise ordered by the Court;
10  WHEREAS, Defendant's current deadline to Answer, Move, or otherwise
11  respond to Plaintiff's Complaint is November 3, 2010;
12  WHEREAS, Defendant will file a Motion to Dismiss on or before
13  November 3, 2010 and request a hearing date of December 20, 2010;
14  WHEREAS, since Defendant's motion to dismiss will be pending at the time
15  Plaintiff is required to move for class certification, it will be inefficient for the
16  administration of the Court, and for the parties, for Plaintiff to be required to move
17  for class certification when a motion to dismiss is pending;
18  WHEREAS, the Court has not yet set a scheduling conference in this matter
19  and no Rule 26 meeting is yet required;
20  WHEREAS, the parties have not yet had a Rule 26 meeting;
21  WHEREAS, Fed. R. Civ. P. 26(d) provides that, absent agreement by the
22  parties or order of the Court (lacking here), discovery cannot commence until after
23  the parties have had their Rule 26 meeting;
24  WHEREAS, Plaintiff believes it will be more efficient to complete class
25  discovery before filing a class certification motion. This will allow Plaintiff a
26  reasonable opportunity to seek and obtain the discovery he believes is necessary
27  and appropriate to fully brief a motion for class certification;
28

WHEREAS, this extension is not being sought for purposes of delay but rather so that this matter may be fairly and reasonably litigated and so that justice may be done;

IT IS HEREBY STIPULATED and agreed as follows:

1. Filing a class certification motion within 90 days of service, pursuant to L.R 23-3, should not be required in this case; and

2. The date for Plaintiff to move for class certification should be set by the Court at the initial case management conference.

Dated: November 1, 2010

MAYER BROWN LLP
JOHN NADOLENCO
BARRETT L. SCHREINER

By: /s/ John Nadolenco
John Nadolenco
Attorneys for Defendant
SPOKEO, INC.

Dated: November 1, 2010

EDELSON MCGUIRE, LLC
MICHAEL J. ASCHENBRENER
BENJAMIN RICHMAN

By: /s/ Michael J. Aschenbrener
Michael J. Aschenbrener
Attorneys for Plaintiff
THOMAS ROBINS