MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
jnadolenco@mayerbrown.com
BARRETT L. SCHREINER (SBN 266617)
bschreiner@mayerbrown.com
350 South Grand Avenue
25th Floor
Los Angeles, CA  90071-1503
Telephone:   (213) 229-9500
Facsimile:   (213) 625-0248

Attorneys for Defendant
SPOKEO, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT

## WESTERN DIVISION

| | |
|---|---|
| THOMAS ROBINS, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>      v.<br><br>SPOKEO, INC.,<br><br>           Defendant. | Case No. CV-10-5306-ODW (AGRx)<br><br>**CERTIFICATION AS TO INTERESTED PARTIES**<br><br>[L.R. 7.1] |

1 | The undersigned, counsel of record for Defendant Spokeo, Inc., certifies that
2 | the following listed party may have a pecuniary interest in the outcome of this
3 | case. These representations are made to enable the Court to evaluate possible
4 | disqualification or recusal.
5 |     Spokeo, Inc.

7 | Dated: November 4, 2010      MAYER BROWN LLP
    JOHN NADOLENCO
8 |     BARRETT L. SCHREINER

10 |     By: /s/ John Nadolenco
        John Nadolenco
11 |     Attorneys for Defendant
    SPOKEO, INC.