MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
jnadolenco@mayerbrown.com
BARRETT L. SCHREINER (SBN 266617)
bschreiner@mayerbrown.com
350 South Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

Attorneys for Defendant
SPOKEO, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT

## WESTERN DIVISION

| | |
|---|---|
| THOMAS ROBINS,<br><br>                Plaintiff,<br><br>    v.<br><br>SPOKEO, INC.,<br><br>                Defendant. | Case No. CV-10-5306-ODW (AGRx)<br><br>**JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS**<br><br>Old Motion Date: December 20, 2010<br>Proposed Motion Date: January 31, 2011<br><br>Complaint Filed: July 20, 2010<br><br>Judge: Hon. Otis D. Wright II |

1    Plaintiff Thomas Robins ("Plaintiff") and Defendant Spokeo, Inc.

2  ("Defendant") (collectively the "Parties"), by and through their undersigned

3  counsel, hereby stipulate as follows:

4    WHEREAS, Plaintiff filed his putative class action Complaint in this Court

5  on July 20, 2010;

6    WHEREAS, Defendants filed their Motion to Dismiss Plaintiff's Complaint

7  ("the Motion") on November 3, 2010;

8    WHEREAS, the Motion is currently noticed for hearing on December 20,

9  2010.

10   WHEREAS, due to the schedules of counsel, the Parties have agreed to

11  continue the hearing on the Motion.

12   IT IS HEREBY STIPULATED and agreed as follows:

13   1.    The hearing on the Motion is continued to January 31, 2011;

14   2.    The due date for Plaintiff's opposition is continued to January 10,

15  2011; and

16   3.    The due date for Defendant's reply is continued to January 17, 2011.

17

18  Dated:  November 23, 2010          MAYER BROWN LLP
                                        JOHN NADOLENCO
19                                      BARRETT L. SCHREINER

20                                      By: /s/ John Nadolenco
                                            John Nadolenco
21                                      Attorneys for Defendant
                                        SPOKEO, INC.

22

23  Dated:  November 23, 2010          EDELSON MCGUIRE, LLC
                                        MICHAEL J. ASCHENBRENER
24                                      BENJAMIN RICHMAN

25                                      By: /s/ Michael J. Aschenbrener
                                            Michael J. Aschenbrener
26                                      Attorneys for Plaintiff
                                        THOMAS ROBINS

27

28
                                        1