MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
jnadolenco@mayerbrown.com
BARRETT L. SCHREINER (SBN 266617)
bschreiner@mayerbrown.com
350 South Grand Avenue
25th Floor
Los Angeles, CA  90071-1503
Telephone:   (213) 229-9500
Facsimile:    (213) 625-0248

Attorneys for Defendant
SPOKEO, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT

## WESTERN DIVISION

| | |
|---|---|
| THOMAS ROBINS,<br><br>              Plaintiff,<br><br>   v.<br><br>SPOKEO, INC.,<br><br>              Defendant. | Case No. CV-10-5306-ODW (AGRx)<br><br>**ORDER ON JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS**<br><br>Complaint Filed:    July 20, 2010<br><br>Judge:    Hon. Otis D. Wright II |

ORDER ON JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS;
CASE NO. CV-10-5306-ODW (AGRx)

28837290

## **ORDER**

The Court, having considered the stipulation of the parties, and for good cause shown, orders as follows:

1. The hearing on Defendant's Motion to Dismiss is CONTINUED from December 20, 2010 at 1:30 p.m. to **Monday, January 31, 2011 at 1:30 p.m.**;

2. The due date for Plaintiff's opposition is continued to January 10, 2011; and

3. The due date for Defendant's reply is continued to January 17, 2011.

IT IS SO ORDERED.

Dated: November 24, 2010     _____
                             THE HONORABLE OTIS D. WRIGHT II

1

ORDER ON JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS;
CASE NO. CV-10-5306-ODW (AGRx)

28837290