1  MAYER BROWN LLP
   JOHN NADOLENCO (SBN 181128)
2  jnadolenco@mayerbrown.com
   BARRETT L. SCHREINER (SBN 266617)
3  bschreiner@mayerbrown.com
   350 South Grand Avenue
4  25th Floor
   Los Angeles, CA  90071-1503
5  Telephone:   (213) 229-9500
   Facsimile:   (213) 625-0248
6
   Attorneys for Defendant
7  SPOKEO, INC.

8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT

## WESTERN DIVISION

| | |
|---|---|
| THOMAS ROBINS,<br><br>              Plaintiff,<br><br>     v.<br><br>SPOKEO, INC.,<br><br>              Defendant. | Case No. CV-10-5306-ODW (AGRx)<br><br>**JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Old Motion Date: February 28, 2011<br>Proposed Motion Date: May 16, 2011<br><br>Complaint Filed:   July 20, 2010<br><br>Judge:  Hon. Otis D. Wright II |

1. Plaintiff Thomas Robins ("Plaintiff") and Defendant Spokeo, Inc. ("Defendant") (jointly, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed his putative class action Complaint in this Court on July 20, 2010;

WHEREAS, Plaintiff filed his Motion for Class Certification on November 4, 2010;

WHEREAS, the Motion for Class Certification is currently noticed for hearing on February 28, 2011;

WHEREAS, Defendants filed their Motion to Dismiss Plaintiff's Complaint on November 3, 2010, which is currently noticed for hearing on January 31, 2011;

WHEREAS, the Parties are currently in the midst of exploring whether settlement is possible;

WHEREAS, if settlement discussions break down, Defendant's Motion to Dismiss will not be decided until January 31 or early February 2011;

WHEREAS, if the Motion to Dismiss is not granted, the Parties agree that they will need time to conduct some discovery so they can properly brief Plaintiff's Motion for Class Certification;

WHEREAS, due to these factors, the Parties have agreed to continue the hearing on Plaintiff's Motion for Class Certification.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1  IT IS HEREBY STIPULATED and agreed as follows:

2  1.  The hearing on Plaintiff's Motion for Class Certification is continued to May 16, 2011;

3  2.  The due date for Defendant's opposition is continued to April 25, 2011; and

4  3.  The due date for Plaintiff's reply is continued to May 2, 2011.

Dated: December 15, 2010

MAYER BROWN LLP
JOHN NADOLENCO
BARRETT L. SCHREINER

By: /s/ John Nadolenco
       John Nadolenco
Attorneys for Defendant
SPOKEO, INC.

Dated: December 15, 2010

EDELSON MCGUIRE, LLC
MICHAEL J. ASCHENBRENER
BENJAMIN RICHMAN

By: /s/ Michael J. Aschenbrener
       Michael J. Aschenbrener
Attorneys for Plaintiff
THOMAS ROBINS