MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
jnadolenco@mayerbrown.com
BARRETT L. SCHREINER (SBN 266617)
bschreiner@mayerbrown.com
350 South Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

Attorneys for Defendant
SPOKEO, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT

## WESTERN DIVISION

| | |
|---|---|
| THOMAS ROBINS, | Case No. CV-10-5306-ODW (AGRx) |
| Plaintiff, | **ORDER ON JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |
| v. | |
| SPOKEO, INC., | |
| Defendant. | Complaint Filed: July 20, 2010 |
| | Judge: Hon. Otis D. Wright II |

ORDER ON JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION; CASE NO. CV-10-5306-ODW (AGRx)

28838395

**ORDER**

The Court, having considered the stipulation of the parties, and for good cause shown, orders as follows:

1. The hearing on Plaintiff's Motion for Class Certification is continued to May 16, 2011 at 1:30 p.m.;

2. The due date for Defendant's opposition is continued to April 25, 2011; and

3. The due date for Plaintiff's reply is continued to May 2, 2011.

IT IS SO ORDERED.

Dated: December 16, 2010

_____
THE HONORABLE OTIS D. WRIGHT II