Christopher L. Dore
Edelson McGuire LLC
350 North LaSalle, Suite 1300
Chicago, IL 60654

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ROBINS individually and on behalf of all others similarly situated,<br><br>Plaintiff(s)<br>v.<br><br>SPOKEO, INC., a California corporation,<br><br>Defendant(s). | CASE NUMBER<br>2:10-cv-05306-ODW-AGRx<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of  Christopher L. Dore , of Edelson McGuire LLC, 350 North LaSalle, Suite 1300, Chicago, IL 60654
     *Applicant's Name*                                              *Firm Name / Address*

   (312) 589-6370                                                    cdore@edelson.com
   *Telephone Number*                                                *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of   X  Plaintiff      Defendant

Intervener or other interested person     Thomas Robins

and the designation of     Sean P. Reis (State Bar No. 184044)
                           *Local Counsel Designee /State Bar Number*

of    Edelson McGuire LLP, 30021 Tomas Street, Suite 300, Rancho Santa Margarita, CA 92688
                           *Local Counsel Firm / Address*

   (949) 459-2124                                                    sreis@edelson.com
   *Telephone Number*                                                *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED

☐ DENIED.  Fee shall be returned by the Clerk.

☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

Dated  January 21, 2011                                _____
                                                       U. S. District Judge