Name
Bradley Baglien
Edelson McGuire, LLC
350 North LaSalle, Suite 1300
Chicago, IL 60654

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ROBINS, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s)<br>v.<br>SPOKEO, INC., a California corporation,<br><br>Defendant(s). | CASE NUMBER<br><br>2:10-cv-5306-ODW-AGR<br><br>**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |

NOTICE: Effective July 26, 2010, the fee for *Pro Hac Vice* Appearance is $275.00 for **each case** application. Please submit the fee with your application, if you are efiling the application attach a copy of your receipt. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required. **The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted. Proof of payment receipt must be attached to this application.**

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, Bradley Baglien, hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff ☐ Defendant: Thomas Robins by whom I have been retained.

My business information is:
Edelson McGuire, LLC
*Firm Name*
350 North LaSalle, Suite 1300
*Street Address*
Chicago, IL 60654                           bbaglien@edelson.com
*City, State, Zip*                           *E-Mail Address*
(312) 589-6370                              (312) 589-6378
*Telephone Number*                           *Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| Title of Court | Date of Admission |
|---|---|
| Supreme Court of Illinois | Nov. 2007 |
| U.S. District Court for the Northern District of Illinois | Dec. 2007 |
| U.S. Court of Appeals for the Seventh Circuit | Nov. 2008 |

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Title of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| 8:11-cv-00025-JVS-MLG | Clemence v. Power Balance | 1/28/2011 | Granted |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate Sean P. Reis as local counsel, whose business information is as follows:

Edelson McGuire, LLP
*Firm Name*

30021 Tomas Street, Suite 300
*Street Address*

Rancho Santa Margarita, CA 92688     sreis@edelson.com
*City, State, Zip*                                   *E-Mail Address*

(949) 459-2124                            (949) 459-2123
*Telephone Number*                       *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated   2/16/11

Bradley Baglien
*Applicant's Name (please print)*

s/ Bradley Baglien
*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated   2/16/11

Sean P. Reis
*Designee's Name (please print)*

s/ Sean P. Reis
*Designee's Signature*

184044
*Designee's California State Bar Number*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.

Bradley Baglien
Edelson McGuire, LLC
350 North LaSalle, Suite 1300
Chicago, IL 60654

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ROBINS, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s)<br>v.<br>SPOKEO, INC., a California corporation,<br><br>Defendant(s). | CASE NUMBER:<br>2:10-cv-5306-ODW-AGR<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of <u>Bradley Baglien</u>, of <u>Edelson McGuire, LLC, 350 North LaSalle, Suite 1300, Chicago, IL 60654</u>
    *Applicant's Name*      *Firm Name / Address*

<u>(312) 589-6370</u>      <u>bbaglien@edelson.com</u>
  *Telephone Number*      *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff    ☐ Defendant

☐ Intervener or other interested person <u>Thomas Robins</u>

and the designation of <u>Sean P. Reis (State Bar No. 184044)</u>
     *Local Counsel Designee / State Bar Number*

of <u>Edelson McGuire, LLP, 30021 Tomas Street, Suite 300, Rancho Santa Margarita, CA 92688</u>
     *Local Counsel Firm / Address*

<u>(949) 459-2124</u>      <u>sreis@edelson.com</u>
  *Telephone Number*      *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

    ☐ GRANTED
    ☐ DENIED. Fee shall be returned by the Clerk.
    ☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated _____      _____
                                                                U. S. District Judge/U.S. Magistrate Judge