MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
jnadolenco@mayerbrown.com
BARRETT L. SCHREINER (SBN 266617)
bschreiner@mayerbrown.com
350 South Grand Avenue
25th Floor
Los Angeles, CA  90071-1503
Telephone:   (213) 229-9500
Facsimile:    (213) 625-0248

Attorneys for Defendant
SPOKEO, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT

## WESTERN DIVISION

| | |
|---|---|
| THOMAS ROBINS,<br><br>             Plaintiff,<br><br>     v.<br><br>SPOKEO, INC.,<br><br>             Defendant. | Case No. CV-10-5306-ODW (AGRx)<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT SPOKEO, INC. TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Complaint Filed:   July 20, 2010<br><br>Judge:  Hon. Otis D. Wright II |

1  Plaintiff Thomas Robins ("Plaintiff") and Defendant Spokeo, Inc.
2  ("Defendant") (jointly, the "Parties"), by and through their undersigned counsel,
3  hereby stipulate as follows:
4  WHEREAS, Plaintiff filed his putative class action Complaint in this Court
5  on July 20, 2010;
6  WHEREAS, Defendant filed its Motion to Dismiss Plaintiff's Complaint on
7  November 3, 2010;
8  WHEREAS, the Court granted Defendant's Motion to Dismiss without
9  prejudice on January 28, 2011, giving Plaintiff 20 days to amend his Complaint;
10  WHEREAS, Plaintiff filed his Motion for Class Certification on November
11  4, 2010;
12  WHEREAS, the Motion for Class Certification is currently set for hearing
13  on May 16, 2011;
14  WHEREAS, on February 17, 2011 Plaintiff filed his First Amended
15  Complaint;
16  WHEREAS, Defendant received a copy of the First Amended Complaint on
17  February 17, 2011 through the CM/ECF system and therefore agrees that service
18  may be deemed complete on February 17, 2011;
19  WHEREAS, under Federal Rule of Civil Procedure 15(a)(3), Defendant's
20  answer and other responsive pleading must be filed within 14 days of service,
21  which in this case is March 3, 2011;
22  WHEREAS, due to the schedule of Defendant's counsel, the Parties have
23  agreed to extend the time for Defendant to answer or otherwise respond to the First
24  Amended Complaint;
25  WHEREAS, Defendant intends to move to dismiss the First Amended
26  Complaint;
27  WHEREAS, the Parties agree that any answer by Defendant to the First
28

1  Amended Complaint will not be due until at least 14 days after the Court rules on
2  the motion to dismiss;
3      WHEREAS, if the motion to dismiss the First Amended Complaint is not
4  granted, the Parties will need additional time to conduct some discovery so they
5  can properly litigate class certification;
6      WHEREAS, the Parties agree that the current hearing date for Plaintiff's
7  Motion for Class Certification should be stricken and the Motion shall be set for
8  hearing on November 11, 2011.
9      IT IS HEREBY STIPULATED and agreed as follows:
10     1.   Defendant must file and serve its motion to dismiss the First Amended
11  Complaint by March 17, 2011;
12     2.   Plaintiff's opposition to the motion to dismiss must be filed and
13  served by April 18, 2011;
14     3.   Defendant's reply brief in support of its motion to dismiss must be
15  filed and served by May 2, 2011; and
16     4.   Defendant need not answer to the First Amended Complaint until 14
17  days after the Court rules on its motion to dismiss, if necessary.
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28

2

5.  The hearing on Plaintiff's Motion for Class Certification will be changed to November 7, 2011.

Dated: February 25, 2011

MAYER BROWN LLP
JOHN NADOLENCO
BARRETT L. SCHREINER

By: /s/ John Nadolenco
     John Nadolenco
Attorneys for Defendant
SPOKEO, INC.

Dated: February 25, 2011

EDELSON MCGUIRE, LLC
MICHAEL J. ASCHENBRENER
BENJAMIN RICHMAN

By: /s/ Michael J. Aschenbrener
     Michael J. Aschenbrener
Attorneys for Plaintiff
THOMAS ROBINS