Bradley M. Baglien
Edelson McGuire LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ROBINS, individually and on behalf of all others similarly situated,<br>Plaintiff(s)<br>v.<br>SPOKEO, INC., a California corporation,<br>Defendant(s). | CASE NUMBER<br>2:10-cv-05306-ODW (AGRx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of __Bradley Baglien__,
*Applicant's Name*

of __Edelson McGuire LLC, 350 North LaSalle Street, Suite 1300, Chicago, Illinois 60654__
*Firm Name / Address*

__312/ 267-2079__                                __bbaglien@edelson.com__
*Telephone Number*                                *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of [X] Plaintiff [ ] Defendant

__Thomas Robins__ and the designation of __Sein Reis / 184044__
*Local Counsel Designee /State Bar Number*

of __Edelson McGuire, LLP, 30021 Tomas Street, Suite 300, Rancho Santa Margarita, California 92688__
*Local Counsel Firm / Address*

__949/459-2124__                                __sreis@edelson.com__
*Telephone Number*                                *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

[X] GRANTED

[ ] DENIED.  Fee, if paid, shall be returned by the Clerk.

Dated __February 24, 2011__

U. S. District Judge