1  MAYER BROWN LLP
   JOHN NADOLENCO (SBN 181128)
2  jnadolenco@mayerbrown.com
   BARRETT L. SCHREINER (SBN 266617)
3  bschreiner@mayerbrown.com
   350 South Grand Avenue
4  25th Floor
   Los Angeles, CA  90071-1503
5  Telephone:   (213) 229-9500
   Facsimile:    (213) 625-0248
6
   Attorneys for Defendant
7  SPOKEO, INC.

8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT

## WESTERN DIVISION

| | |
|---|---|
| THOMAS ROBINS,<br><br>        Plaintiff,<br><br>    v.<br><br>SPOKEO, INC.,<br><br>        Defendant. | Case No. CV-10-5306-ODW (AGRx)<br><br>**ORDER ON JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT SPOKEO, INC. TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Complaint Filed:   July 20, 2010<br><br>Judge:   Hon. Otis D. Wright II |

ORDER ON JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT SPOKEO, INC. TO ANSWER OR
OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT;
CASE NO. CV-10-5306-ODW (AGRx)

700010268

# **ORDER**

The Court, having considered the stipulation of the parties, and for good cause shown, orders as follows:

1. Defendant shall file and serve its motion to dismiss the First Amended Complaint by March 17, 2011;

2. Plaintiff's opposition to the motion to dismiss shall be filed and served by April 18, 2011;

3. Defendant's reply brief in support of its motion to dismiss shall be filed and served by May 2, 2011; and

4. Defendant need not answer to the First Amended Complaint until 14 days after the Court rules on its motion to dismiss, if necessary.

5. The hearing on Plaintiff's Motion for Class Certification shall be changed to November 7, 2011 at 1:30 p.m.

IT IS SO ORDERED.

Dated: March 1, 2011

_____
THE HONORABLE OTIS D. WRIGHT II

1

ORDER ON JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT SPOKEO, INC. TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT;
CASE NO. CV-10-5306-ODW (AGRx)

700010268