MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
jnadolenco@mayerbrown.com
BARRETT L. SCHREINER (SBN 266617)
bschreiner@mayerbrown.com
350 South Grand Avenue
25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

Attorneys for Defendant
SPOKEO, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT

## WESTERN DIVISION

| | |
|---|---|
| THOMAS ROBINS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPOKEO, INC.,<br><br>Defendant. | Case No. CV-10-5306-ODW (AGRx)<br><br>**SPOKEO, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Date: May 16, 2011<br>Time: 1:30 p.m.<br>Judge: Hon. Otis D. Wright II |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 16, 2011 at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 11 of the above-captioned Court, located at 312 North Spring Street, Los Angeles, California 90012, Defendant Spokeo, Inc. ("Spokeo"), by and through its undersigned attorneys, will move the Court to dismiss Plaintiff's First Amended Complaint ("FAC") under Federal Rule of Civil Procedure 12(b)(1) and Federal Rule of Civil Procedure 12(b)(6).

Spokeo's motion is supported by this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities (the "Memorandum"), Request for Judicial Notice, the records on file in this action, and any oral argument that may be presented at the hearing on this motion. For the reasons provided in the Memorandum, Spokeo respectfully requests that the Court dismiss Plaintiff's FAC with prejudice because this Court does not have subject matter jurisdiction over the action, and the FAC fails to state a single claim.

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on March 11, 2011.

Dated: March 17, 2010

MAYER BROWN LLP
JOHN NADOLENCO
BARRETT L. SCHREINER

By: /s/ John Nadolenco
John Nadolenco
Attorneys for Defendant
SPOKEO, INC.