1  MAYER BROWN LLP
   JOHN NADOLENCO (SBN 181128)
2  jnadolenco@mayerbrown.com
   BARRETT L. SCHREINER (SBN 266617)
3  bschreiner@mayerbrown.com
   350 South Grand Avenue
4  25th Floor
   Los Angeles, CA  90071-1503
5  Telephone:   (213) 229-9500
   Facsimile:   (213) 625-0248
6
   Attorneys for Defendant
7  SPOKEO, INC.

8
                    **UNITED STATES DISTRICT COURT**
9
                         **CENTRAL DISTRICT**
10
                        **WESTERN DIVISION**
11

12 THOMAS ROBINS,                    Case No. CV-10-5306-ODW (AGRx)

13              Plaintiff,           **JOINT STIPULATION TO EXTEND
                                     TIME FOR DEFENDANT SPOKEO,**
14      v.                           **INC. TO ANSWER FIRST AMENDED
                                     COMPLAINT**
15 SPOKEO, INC.,

16              Defendant.           Complaint Filed:   February 17, 2011

17                                   Judge:  Hon. Otis D. Wright II

18

19

20

21

22

23

24

25

26

27

28

---

JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT SPOKEO, INC. TO ANSWER FIRST
AMENDED COMPLAINT; CASE NO. CV-10-5306-ODW (AGRx)

700165546

1       Plaintiff Thomas Robins ("Plaintiff") and Defendant Spokeo, Inc.

2  ("Defendant") (jointly, the "Parties"), by and through their undersigned counsel,

3  hereby stipulate as follows:

4       WHEREAS, Plaintiff filed his putative class action Complaint in this Court

5  on July 20, 2010;

6       WHEREAS, Defendant filed its Motion to Dismiss Plaintiff's Complaint on

7  November 3, 2010;

8       WHEREAS, the Court granted Defendant's Motion to Dismiss without

9  prejudice on January 28, 2011;

10       WHEREAS, on February 17, 2011 Plaintiff filed his First Amended

11  Complaint;

12       WHEREAS, Defendant filed its Motion to Dismiss the First Amended

13  Complaint on March 17, 2011;

14       WHEREAS, on May 11, 2011, the Court issued an Order granting in part

15  and denying in part Defendant's Motion to Dismiss the First Amendment

16  Complaint; and

17       WHEREAS, pursuant to the Court's March 3, 2011 Order on the parties

18  joint stipulation, Defendant was required to answer the First Amended Complaint

19  14 days after the Court ruled on Defendant's Motion to Dismiss the First Amended

20  Complaint, which was May 25, 2011, but the parties have now agreed that

21  Defendant may have to and including June 3, 2011 to answer the First Amended

22  Complaint.

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT SPOKEO, INC. TO ANSWER FIRST
AMENDED COMPLAINT; CASE NO. CV-10-5306-ODW (AGRx)

700165546

1    IT IS HEREBY STIPULATED and agreed as follows:

2    Defendant must file and serve its Answer to the First Amended Complaint

3  no later than June 3, 2011.

4

5  Dated:  June 1, 2011                    MAYER BROWN LLP
                                           JOHN NADOLENCO
6                                          BARRETT L. SCHREINER

7                                          By: /s/ John Nadolenco
                                                John Nadolenco
8                                          Attorneys for Defendant
                                           SPOKEO, INC.
9

10 Dated:  June 1, 2011                    EDELSON MCGUIRE, LLC
                                           RAFEY BALABANIAN
11                                         BRADLEY BAGLIEN

12                                         By: /s/ Bradley Baglien
                                                Bradley Baglien
13                                         Attorneys for Plaintiff
                                           THOMAS ROBINS
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT SPOKEO, INC. TO ANSWER FIRST
AMENDED COMPLAINT; CASE NO. CV-10-5306-ODW (AGRx)

700165546