MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
jnadolenco@mayerbrown.com
BARRETT L. SCHREINER (SBN 266617)
bschreiner@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

Attorneys for Defendant
SPOKEO, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| THOMAS ROBINS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPOKEO, INC.,<br><br>Defendant. | Case No. CV-10-5306-ODW (AGRx)<br><br>**SPOKEO, INC.'S NOTICE OF MOTION AND MOTION TO CERTIFY THE MAY 11, 2011 ORDER FOR INTERLOCUTORY APPEAL AND STAY ACTION PURSUANT TO 28 U.S.C. § 1292(B)**<br><br>Date: July 25, 2011<br>Time: 1:30 p.m.<br>Judge: Hon. Otis D. Wright II<br>Location: Courtroom 11 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 25, 2011, at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 11 of the above-captioned Court, located at 312 North Spring Street, Los Angeles, California 90012, Defendant Spokeo, Inc. ("Spokeo"), by and through its undersigned attorneys, will move the Court for an order (1) certifying the Court's May 11, 2011 order for interlocutory appeal pursuant to 28 U.S.C. § 1292(b), and (2) staying the action pending disposition of interlocutory review.

Spokeo's motion is supported by this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities and Proposed Order, the records on file in this action, and any other evidence and arguments that may be presented at or before a hearing on this motion.

This motion was made following the conference of counsel pursuant to L.R. 7-3, which took place on May 27, 2011.

Dated: June 17, 2011

MAYER BROWN LLP
JOHN NADOLENCO
BARRETT L. SCHREINER


By: s/ John Nadolenco
John Nadolenco
Attorneys for Defendant
SPOKEO, INC.