UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-05306-ODW(AGRx) | Date | August 17, 2011 |
|---|---|---|---|
| Title | Thomas Robins v. Spokeo, Inc. | | |

Present: The Honorable    OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE

| Sheila English | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**    **(IN CHAMBERS) :    Order Vacating Scheduling Conference**

The Court is in receipt of the parties' Joint Rule 26(f) Report. The Court has reviewed the report and deems a scheduling conference unnecessary. Accordingly, the scheduling conference presently set for August 22, 2011 at 1:30 p.m., is hereby **VACATED**, and no appearances are necessary. A Scheduling and Case Management Order will issue.

IT IS SO ORDERED.

:    00

Initials of Preparer    se