SEAN P. REIS (SBN 184044)
(sreis@edelson.com)
EDELSON MCGUIRE LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124
Facsimile: (949) 459-2123

RAFEY BALABANIAN (Admitted *Pro Hac Vice*)
(rbalabanian@edelson.com)
BRADLEY BAGLIEN (Admitted *Pro Hac Vice*)
(bbaglien@edelson.com)
EDELSON MCGUIRE LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378

*Attorneys for Plaintiff* THOMAS ROBINS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| THOMAS ROBINS, an individual, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>SPOKEO, INC., a California corporation,<br><br>*Defendant*. | Case No. 10-CV-5306 ODW (AGRx)<br><br>Honorable Otis D. Wright II<br><br>**PLAINTIFF'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |

Pursuant to Federal Rule of Appellate Procedure 3 and 4, notice is hereby given that Plaintiff Thomas Robins appeals to the United States Court of Appeals for the Ninth Circuit from the September 19, 2011 dismissal order of the United States District Court for the Central District of California (the "District Court") (Docket No. 66 on the Clerk's Docket Report), entered on September 20, 2011. A copy of the referenced order is attached hereto as Exhibit "A." Because the September 19, 2011 dismissal order reinstated the District Court's January 27, 2011 dismissal order, a copy of the District Court's January 27, 2011 order is attached hereto as Exhibit "B."

Dated: October 20, 2011

Respectfully submitted,

EDELSON MCGUIRE LLP

/s/ Sean P. Reis
SEAN P. REIS (SBN 184044)
*Attorney for Plaintiff* THOMAS ROBINS

## REPRESENTATION STATEMENT

Plaintiff and appellant in this matter is represented by the following counsel:

| | |
|---|---|
| Sean P. Reis (SBN 184044) | Jay Edelson |
| EDELSON MCGUIRE LLP | Rafey Balabanian |
| 30021 Tomas Street, Suite 300 | Bradley Baglien |
| Rancho Santa Margarita, CA 92688 | EDELSON MCGUIRE LLC |
| Telephone: (949) 459-2124 | 350 North LaSalle, Suite 1300 |
| Facsimile: (949) 459-2123 | Chicago, IL 60654 |
| sreis@edelson.com | jedelson@edelson.com |
| | rbalabanian@edelson.com |
| | bbaglien@edelson.com |

Defendant Spokeo, Inc. is represented by the following counsel:

John Nadolenco
Barrett Schreiner
MAYER BROWN LLP
350 S. Grand Ave, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 229-9500
Facsimile: (213) 625-0248
jnadolenco@mayerbrown.com
bschreiner@mayerbrown.com


DATED: October 20, 2011          Respectfully submitted,

                                                          EDELSON MCGUIRE LLP


                                                          s/ Sean P. Reis
                                                          *Attorney for Plaintiff* THOMAS ROBINS

## SERVICE LIST

     I certify that I filed Plaintiff's **Notice of Appeal to the United States Court of Appeals for the Ninth Circuit** with the Clerk of the United States District Court for the Central District of California using the CM/ECF system, which will cause said document to be sent by electronic transmission to the email addresses indicated below via the court's ECF notification system:

John Nadolenco
Barrett Schreiner
MAYER BROWN LLP
350 S. Grand Ave, 25th Floor
Los Angeles, CA 90071
Telephone:  (213) 229-9500
Facsimile: (213) 625-0248
jnadolenco@mayerbrown.com
bschreiner@mayerbrown.com

Dated:  October 20, 2011          /s/ Sean P. Reis
                                  *Attorney for Plaintiff* THOMAS ROBINS