# EXHIBIT A

JS-6
O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| Case No. | CV10-05306 ODW (AGRx) | Date | 9/19/2011 |
|---|---|---|---|
| Title | *Thomas Robins v. Spokeo, Inc.* | | |

| Present: | The Honorable Otis D. Wright II, United States District Judge |
|---|---|

| Sheila English | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings (In Chambers):** Order Correcting Prior Ruling [52] and Finding Moot Motion for Certification. [57]

Upon further review, the Court finds it necessary to strike the standing discussion from its May 11, 2011 Order. (Docket No. 52.) In its stead, the Court reinstates the January 27, 2011 Order, which found that Plaintiff fails to establish standing. (*See* Docket No. 35.) Among other things, the alleged harm to Plaintiff's employment prospects is speculative, attenuated and implausible. Mere violation of the Fair Credit Reporting Act does not confer Article III standing, moreover, where no injury in fact is properly pled. Otherwise, federal courts will be inundated by web surfers' endless complaints. Plaintiff also fails to allege facts sufficient to trace his alleged harm to Spokeo's alleged violations. In short, Plaintiff fails to establish his standing before this Court. This action is therefore **DISMISSED**. Spokeo's motion for certification of appeal is **MOOT**.

**SO ORDERED**.

| | ---- | : | 00 |
|---|---|---|---|
| | Initials of Preparer | SE | |