

FILED

JAN 29 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

THOMAS ROBINS, individually and on behalf of all others similarly situated,

    Plaintiff - Appellant,

v.

SPOKEO, INC., a California corporation,

    Defendant - Appellee.

No. 11-56843

D.C. No. 2:10-cv-05306-ODW-AGR
Central District of California,
Los Angeles

ORDER



Before: O'SCANNLAIN, GRABER, and BEA, Circuit Judges.

    The Consumer Data Industry Association's Motion for Leave to File Its Brief of Amicus Curiae in Support of Spokeo, Inc. and for Affirmance of the District Court's Decision, filed with this court on September 27, 2012, is GRANTED.