Mark Eisen
Edelson PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Thomas Robins<br><br>Plaintiff(s)<br><br>v.<br><br>Spokeo, Inc.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:10-cv-05306-ODW-AGR |
| | **ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY** |

The Court hereby orders that the request of:

<u>Thomas Robins</u>          ☑ Plaintiff   ☐ Defendant ☐   Other _____
       *Name of Party*

to substitute _____ Mark Eisen _____ who is

☑ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

555 West Fifth Street, 31st Floor
    *Street Address*

Los Angeles, California 90013                                     meisen@edelson.com
    *City, State, Zip*                                     *E-Mail Address*

213.533.4100                    213.947.4251                    289009
  *Telephone Number*              *Fax Number*                *State Bar Number*

as attorney of record instead of _____ Sean P. Reis _____
                    *Present Attorney*

**is hereby        X GRANTED☐ DENIED**

Dated   March 12, 2014

_____
U. S. District Judge