Mark Eisen
Edelson PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Thomas Robins<br><br>                    v.<br><br>Spokeo, Inc.<br>Plaintiff(s) / Defendant(s). | CASE NUMBER:<br><br>2:10-cv-05306-ODW-AGR<br><br>**ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY** |

The Court hereby orders that the request of:

Thomas Robins                                                ☑ Plaintiff  ☐ Defendant  ☐ Other
*Name of Party*

to substitute        Mark Eisen                                                    who is

☑ Retained Counsel     ☐ Counsel appointed by the Court (Criminal cases only)     ☐ Pro Se

555 West Fifth Street, 31st Floor
*Street Address*

Los Angeles, California 90013                                          meisen@edelson.com
*City, State, Zip*                                                              *E-Mail Address*

213.533.4100                      213.947.4251                              289009
*Telephone Number*                  *Fax Number*                            *State Bar Number*

as attorney of record instead of            Michael J. Aschenbrener
                                            *Present Attorney*

**is hereby**      **X GRANTED** ☐ **DENIED**

*[signature]*

Dated  March 19, 2014
                                                U. S. District Judge