UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-05306-ODW(AGRx) | Date | March 19, 2014 |
|---|---|---|---|
| Title | Thomas Robins v. Spokeo, Inc. | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | | None Present |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None Present | | None Present |

**Proceedings:**     **MINUTE ORDER    (IN CHAMBERS)**

   Due to the Mandate of the 9th Circuit dated March 5, 2014 [73] decision to reverse and remand this case.
   The clerk is ordered to reopen this case, make JS-5.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | | se |