MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
jnadolenco@mayerbrown.com
BARRETT L. SCHREINER (SBN 266617)
bschreiner@mayerbrown.com
350 South Grand Avenue
25th Floor
Los Angeles, CA  90071-1503
Telephone:   (213) 229-9500
Facsimile:    (213) 625-0248

Attorneys for Defendant
SPOKEO, INC.

MARK S. EISEN (SBN 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 92688
Tel: 213.533.4100
Fax: 213.947.4251

RAFEY S. BALABANIAN (*Pro Hac Vice to be sought*)
rbalabanian@edelson.com
BENJAMIN S. THOMASSEN (*Pro Hac Vice*)
bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Attorneys for Plaintiff
THOMAS ROBINS

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| THOMAS ROBINS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPOKEO, INC.,<br><br>Defendant. | Case No. CV-10-5306-ODW (AGRx)<br><br>**JOINT STATUS REPORT**<br><br>**Hon. Otis D. Wright II** |

708822991

Pursuant to the Court's March 7, 2014 Order Re Status Report, Plaintiff Thomas Robins ("Robins") and Defendant Spokeo, Inc. ("Spokeo") (collectively the "Parties") jointly submit this status report.

**A.    Supreme Court Petition for Writ of Certiorari**

Spokeo intends to file a Petition for Writ of Certiorari with the Supreme Court seeking review of the Ninth Circuit's February 4, 2014 decision reversing and remanding this Court's dismissal of the action based on lack of Article III standing. Spokeo will file its petition for certiorari on or before May 5, 2014. Spokeo will formally request that this Court stay trial court proceedings while that petition is pending.

Plaintiff will oppose Spokeo's petition and any request to stay trial court proceedings while Spokeo's petition is pending.

Assuming that this Court does not stay trial court proceedings during the pendency of Spokeo's petition, the parties have agreed upon the below dates.

**B.    Amended Answer**

Spokeo shall have to and including April 18, 2014—three weeks from the date of this report—to file any amended answer.

**C.    Class Certification Discovery and Briefing Schedule**

The Parties have agreed to and propose, subject to Court approval, the following pre-class certification discovery and briefing schedule:

1.    The Parties will have until December 12, 2014 to complete discovery related to class certification issues.

2.    Plaintiff's Motion for Class Certification shall be filed on or before January 12, 2015.

3.    Spokeo's Opposition to Plaintiff's Motion for Class Certification shall be filed on or before February 16, 2015.  The Parties have agreed to an extended briefing schedule to allow sufficient time for Spokeo to depose any declarants, including experts, relied upon in support of

1

Plaintiff's class certification motion.

4.    Plaintiff's Reply in support of class certification shall be filed on or before March 16, 2015.  The Parties have agreed to an extended briefing schedule to allow sufficient time for Plaintiff to depose any declarants, including experts, relied upon in support of Spokeo's Opposition to Plaintiff's class certification motion.

5.    The hearing on Plaintiff's motion for class certification will be on April 13, 2015.

**D.    Merits Discovery and Motions for Summary Judgment**

The Parties will hold an additional 26(f) conference following the Court's ruling on Plaintiff's Motion for Class Certification to establish a time period for any additional merits discovery that is necessary.  However, at this point, the parties expect that merits discovery and motions for summary judgment will proceed along the following schedule.

1.    Following the Court's ruling on Plaintiff's Motion for Class Certification, the Parties will have six (6) months from the Court's ruling to complete merits discovery.

2.    Motions for summary judgment, if any, shall be filed within 30 days from the close of merits discovery, and will be heard as soon as practicable thereafter.

This proposed schedule is without prejudice to either side seeking summary judgment earlier.

**E.    Trial**

The Parties agree, subject to Court approval, that trial shall be scheduled to take place in late 2015 or early 2016.

708822991

1

2   Dated:  March 28, 2014                    MAYER BROWN LLP
                                              JOHN NADOLENCO
3                                             BARRETT L. SCHREINER

4

5                                             By:  s/ John Nadolenco
                                                   John Nadolenco
6                                             Attorneys for Defendant
                                              SPOKEO, INC.
7

8   Dated:  March 28, 2014                    EDELSON PC
                                              RAFEY S. BALABANIAN
9                                             BENJAMIN S. THOMASSEN

10

11

12                                            By: s/ Benjamin S. Thomassen
13                                            Attorneys for Plaintiff
                                              THOMAS ROBINS
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

708822991