1
2
3
4
5
6
7
8
9
10

# United States District Court
# Central District of California

| | |
|---|---|
| 11  THOMAS ROBINS, individually and on | Case No. 2:10-cv-5306-ODW(AGRx) |
| 12  behalf of all others similarly situated, | **ORDER SETTING DEADLINES TO** |
| 13  Plaintiff, | **FILE AMENDED ANSWER AND** |
| 14  v. | **MOTION FOR CLASS** |
| 15  SPOKEO, INC., | **CERTIFICATION** |
| 16  Defendant. | |

The Court has received the parties' Joint Status Report.  (ECF No. 86.)  While the Court appreciates the parties' efforts to work together in scheduling the progression of this case, the Court will not allow this case to languish on the docket for the next two years.

Accordingly, the Court **ORDERS** as follows:

1. Defendant Spokeo, Inc. shall have until **April 18, 2014**, to file an amended answer.

2. Plaintiff Thomas Robins shall file a motion for class certification **no later than July 17, 2014**, which is 90 days from the date the amended answer is due.  The Court sets this date in an effort to comport as closely as possible with Local Rule 23-3.  The Court sees no reason why the briefing schedule should be extended.

3. A Scheduling Conference is set for **Monday, July 14, 2014 at 1:30 pm**, in this action.   The parties shall comply with the Federal Rule of Civil Procedure 26(f).

The Court is aware that Spokeo intends to formally request that these proceedings be stayed pending a petition for writ of certiorari to the Supreme Court. The Court will consider the request when filed.

**IT IS SO ORDERED.**

March 28, 2014

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**

2