MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
jnadolenco@mayerbrown.com
BARRETT L. SCHREINER (SBN 266617)
bschreiner@mayerbrown.com
350 South Grand Avenue
25th Floor
Los Angeles, CA  90071-1503
Telephone:   (213) 229-9500
Facsimile:    (213) 625-0248

Attorneys for Defendant
SPOKEO, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| THOMAS ROBINS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>SPOKEO, INC.,<br><br>    Defendant. | Case No. CV-10-5306-ODW (AGRx)<br><br>**SPOKEO, INC.'S NOTICE OF MOTION AND MOTION FOR STAY PENDING RESOLUTION OF ITS PETITION FOR CERTIORARI**<br><br>Date:   June 9, 2014<br>Time:  1:30 p.m.<br>Judge:  Hon. Otis D. Wright II |

SPOKEO, INC.'S NOTICE OF MOTION AND MOTION FOR STAY PENDING RESOLUTION OF ITS PETITION FOR CERTIORARI; CASE NO. CV-10-5306-ODW (AGRx)

709282499

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 9, 2014 at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 11 of the above-captioned Court, located at 312 North Spring Street, Los Angeles, California 90012, Defendant Spokeo, Inc. ("Spokeo"), by and through its undersigned attorneys, will move the Court for a stay of judicial proceedings pending the resolution of Spokeo's Petition for a Writ of Certiorari in *Robins v. Spokeo, Inc.*, 742 F.3d 409 (9th Cir. 2014), in the United States Supreme Court.

Spokeo's motion is supported by this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities, the Declaration of Barrett L. Schreiner, the records on file in this action, and any oral argument that may be presented at the hearing on this motion.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on April 18, 2014.

Dated: May 12, 2014

MAYER BROWN LLP
JOHN NADOLENCO
BARRETT L. SCHREINER


By: s/ John Nadolenco
John Nadolenco
Attorneys for Defendant
SPOKEO, INC.

1