MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
jnadolenco@mayerbrown.com
BARRETT L. SCHREINER (SBN 266617)
bschreiner@mayerbrown.com
350 South Grand Avenue
25th Floor
Los Angeles, CA  90071-1503
Telephone:   (213) 229-9500
Facsimile:   (213) 625-0248

Attorneys for Defendant
SPOKEO, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| THOMAS ROBINS, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SPOKEO, INC.,<br><br>　　　　　Defendant. | Case No. CV-10-5306-ODW (AGRx)<br><br>**DECLARATION OF BARRETT L. SCHREINER IN SUPPORT OF SPOKEO, INC.'S MOTION FOR STAY PENDING RESOLUTION OF ITS PETITION FOR CERTIORARI**<br><br>Date:   June 9, 2014<br>Time:   1:30 p.m.<br>Judge:  Hon. Otis D. Wright II |

DECLARATION OF BARRETT L. SCHREINER IN SUPPORT OF SPOKEO, INC.'S MOTION FOR STAY
PENDING RESOLUTION OF ITS PETITION FOR CERTIORARI; CASE NO. CV-10-5306-ODW (AGRx)
709282664

## DECLARATION OF BARRETT L. SCHREINER

I, Barrett L. Schreiner, declare as follows:

1. I am an attorney at law duly admitted to practice before this Court and all courts of the State of California. I am an associate at Mayer Brown, LLP, attorneys of record for Defendant Spokeo, Inc. ("Spokeo"). I am submitting this declaration in support of Spokeo's Motion for Stay Pending Resolution of Its Petition for Certiorari. I have personal knowledge of the facts stated herein and could and would competently testify thereto if called as a witness.

2. Spokeo filed its Petition for a Writ of Certiorari in *Robins v. Spokeo, Inc.*, 742 F.3d 409 (9th Cir. 2014) (the "Petition"), in the United States Supreme Court on May 1, 2014. A true and correct copy of a printout of the United States Supreme Court docket for the case, *Spokeo, Inc. v. Robins*, Case No. 13-1339, is attached hereto as Exhibit "A."

3. A true and correct copy of Spokeo's Petition is attached hereto as Exhibit "B."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12th of May, 2014 at Los Angeles, California.

                      s/ Barrett L. Schreiner
                      Barrett L. Schreiner