# Exhibit A



# SUPREME COURT OF THE UNITED STATES

No. 13-1339
Title:                  Spokeo, Inc., Petitioner
                        v.
                        Thomas Robins
Docketed:               May 7, 2014
Lower Ct:               United States Court of Appeals for the Ninth Circuit
 Case Nos.:             (11-56843)
 Decision Date:         February 4, 2014

~~~Date~~~   ~~~~~~~Proceedings  and  Orders~~~~~~~~~~~~~~~~~~~~~~
May 1 2014   Petition for a writ of certiorari filed. (Response due June 6, 2014)
May 7 2014   Order extending time to file response to petition to and including July 7, 2014.

---

| ~~Name~~ | ~~~~~~~Address~~~~~~~~~~~~~~~~~~~ | ~~Phone~~~ |
|---|---|---|
| **Attorneys for Petitioner:** | | |
| Andrew J. Pincus | Mayer Brown LLP | (202) 263-3000 |
|    Counsel of Record | 1999 K Street, NW | |
| | Washington, DC  20006-1101 | |
| | apincus@mayerbrown.com | |
| Party name: Spokeo, Inc. | | |
| **Attorneys for Respondent:** | | |
| Deepak Gupta | Gupta Beck PLLC | (202) 888-1741 |
|    Counsel of Record | 1625 Massachusetts Avenue, NW | |
| | Suite 500 | |
| | Washington, DC  20036 | |
| | deepak@guptafirm.com | |
| Party name: Thomas Robins | | |

3