MARK S. EISEN (SBN 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 92688
Telephone: (213) 533-4100
Facsimile: (213) 947-4251

BENJAMIN S. THOMASSEN*
bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378

*Admitted *Pro Hac Vice*

*Attorneys for Plaintiff Thomas Robins and the putative class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| THOMAS ROBINS, individually and on behalf of all others similarly situated,<br><br>   *Plaintiff*,<br><br> v.<br><br>SPOKEO, INC.,<br><br>   *Defendant*. | Case No. 2:10-cv-5306-ODW (AGRx)<br><br>**ORDER ON JOINT STIPULATION TO EXTEND PLAINTIFF'S DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION**<br><br>Action Filed: July 20, 2010<br><br>Judge: Honorable Otis D. Wright II |

[PROPOSED] ORDER ON JOINT STIPULATION TO EXTEND DEADLINE TO
FILE MOTION FOR CLASS CERTIFICATION CASE NO. 2:10-cv-5306-ODW (AGRx)

1 **ORDER**

2 The Court, having considered the stipulation of the parties, and for good cause
3 shown, orders as follows:
4 Plaintiff's deadline to file his motion for class certification is extended through
5 and including September 15, 2014.

7 IT IS SO ORDERED.

10 Dated: May 20, 2014

THE HONORABLE OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE

---

1

[PROPOSED] ORDER ON JOINT STIPULATION TO EXTEND DEADLINE TO
FILE MOTION FOR CLASS CERTIFICATION     CASE NO. 2:10-cv-5306-ODW (AGRx)