1 MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
2 jnadolenco@mayerbrown.com
BARRETT L. SCHREINER (SBN 266617)
3 bschreiner@mayerbrown.com
350 South Grand Avenue
4 25th Floor
Los Angeles, CA  90071-1503
5 Telephone:  (213) 229-9500
Facsimile:   (213) 625-0248
6
Attorneys for Defendant
7 SPOKEO, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| JENNIFER PURCELL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SPOKEO, INC.,<br><br>Defendant. | Case No. CV-11-06003-ODW(AGRx)<br><br>Complaint Filed: September 3, 2010<br><br>Judge:   Hon. Otis D. Wright II |
| THOMAS ROBINS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPOKEO, INC.,<br><br>Defendant. | Case No. CV-10-05306-ODW(AGRx)<br><br>Complaint Filed: July 20, 2010<br><br>Judge:   Hon. Otis D. Wright II<br><br>**STIPULATION TO CONSOLIDATE CASES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 42** |

709726726

Plaintiff Thomas Robins and Plaintiff Jennifer Purcell (jointly, "Plaintiffs") and Defendant Spokeo, Inc. ("Spokeo") (collectively, the "Parties"), by and through their respective counsel of record, enter into this stipulation to consolidate the above-captioned actions, *Robins v. Spokeo, Inc.*, Case No. CV-10-05306-ODW (AGRx), United States District Court, Central District of California, and *Purcell v. Spokeo, Inc.*, Case No. CV-11-06003-ODW (AGRx), United States District Court, Central District of California.

The Parties, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, *Robins v. Spokeo, Inc.*, Case No. CV-10-05306-ODW ("*Robins*") was filed on July 20, 2010, and is currently pending before the United States District Court, Central District of California, the Honorable Otis D. Wright II (Dkt. No. 1);

WHEREAS, *Purcell v. Spokeo, Inc.*, Case No. 5:10-CV-03978 HRL ("*Purcell*") was filed in the United States District Court, Northern District of California on September 3, 2010 (Dkt. No. 1);

WHEREAS, *Purcell* was transferred on July 21, 2011, and is currently pending as Case No. CV-11-06003-ODW(AGRx) before the United States District Court, Central District of California, the Honorable Otis D. Wright II (Dkt. No.48, 55);

WHEREAS, the parties agree that *Robins* and *Purcell* are related actions (*Purcell* Dkt. No. 50);

WHEREAS, the *Robins* action seeks relief, *inter alia,* arising out of Spokeo's alleged failure to implement reasonable procedures to ensure accurate consumer reporting information;

WHEREAS, the *Purcell* action seeks relief, *inter alia,* pertaining to the alleged inability to view, or receive in accordance with applicable law, one's

consumer report or a list of the sources used to create such information;

WHEREAS, *Robins* and *Purcell* concern complaints that, while in part, make distinct claims and seek distinct relief, the complaints advance common factual allegations as to the operation of Spokeo's website and Spokeo's business of allegedly maintaining consumer reports and information;

WHEREAS, certain subjects of discovery pertaining to each action are therefore common to both actions;

WHEREAS, at least some portion of claims pleaded in *Robins* and *Purcell* implicate common questions of law, including whether Spokeo is a consumer-reporting agency under the Fair Credit Reporting Act (FCRA);

WHEREAS, the Parties agree that discovery in *Robins* and *Purcell* would likely overlap and that it would be more efficient to consolidate the cases to economize on discovery scheduling and other pre-trial matters;

WHEREAS, due to the currently different schedules in *Robins* and *Purcell*, the Parties agree that Defendant's motion to dismiss in *Purcell* should be separately heard and the consolidated cases should otherwise proceed on the schedule the Court set for *Purcell* in its Order Lifting Stay and Reopening Case (*Purcell*, Dkt. No. 84), such that both Plaintiffs are to move for class certification within 90 days of the filing of Defendant's answer in *Purcell*.

WHEREAS, the Parties agree that given the differences in the above-described cases, each complaint will proceed at this time as separately pleaded and Plaintiffs will file independent motions regarding each complaint, including motions for class certification;

WHEREAS, Defendant reserves the right to seek that the *Robins* and *Purcell* Plaintiffs file consolidated briefing regarding each complaint, including when moving for class certification;

/ / /

WHEREAS, the Parties have met and conferred pursuant to Local Rule 7-3 and Order Lifting Stay and Reopening Case, (*Purcell*, Dkt. No. 84), and to refrain from burdening the Court and expending unnecessary resources filing a motion for consolidation, the Parties hereby agree to consolidate the above-captioned actions pursuant to Federal Rule 42(a) for discovery, scheduling, and pre-trial purposes;

WHEREAS, the Parties agree that nothing in this stipulation shall preclude any Party from the right to seek consolidation of the above-captioned actions for all purposes, including trial, at a later date.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendant, as follows:

1. *Robins v. Spokeo, Inc.*, Case No. CV-10-05306-ODW (AGRx) and *Purcell v. Spokeo, Inc.*, Case No. CV-11-06003-ODW(AGRx) shall be consolidated for discovery, scheduling, and pre-trial purposes, with each complaint to proceed as separately pleaded.

2. Defendant's motion to dismiss in *Purcell* shall be separately heard and the consolidated cases shall otherwise proceed on the schedule the Court set for *Purcell* in its Order Lifting Stay and Reopening Case (*Purcell*, Dkt. No. 84), such that both Plaintiffs are to move for class certification within 90 days of the filing of Defendant's answer in *Purcell*.

3. These cases shall be consolidated into Civil Action No. CV-10-5306-ODW (AGRx).

4. The docket in Civil Action No. CV-10-5306-ODW (AGRx) shall constitute the Master Docket for this action.

5. Every pleading and document filed or served in the consolidated action shall bear the following caption:

/ / /

/ / /

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

IN RE SPOKEO, INC. LITIGATION

Case No. CV-10-05306-ODW(AGRx)

This stipulation is without prejudice to any other rights that any party may have.

Dated: July 7, 2014

MAYER BROWN LLP
JOHN NADOLENCO
BARRETT L. SCHREINER

By: /s/ John Nadolenco
    John Nadolenco
Attorneys for Defendant
SPOKEO, INC.

Dated: July 7, 2014

EDELSON PC
RAFEY BALABANIAN
BEN THOMASSEN

By: /s/ Benjamin S. Thomassen
Attorneys for Plaintiff
THOMAS ROBINS

Dated: July 7, 2014

PROGRESSIVE LAW GROUP, LLC
MARK BULGARELLI

By: /s/ Mark Bulgarelli
Attorney for Plaintiff
JENNIFER PURCELL

4

STIPULATION TO CONSOLIDATE CASES
CV-10-5306-ODW (AGRX)

709726726

## **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-4.3.4**

I, John Nadolenco, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-4.3.4(a), I hereby attest that all signatories have concurred in this filing.

Dated: July 7, 2014

MAYER BROWN LLP
JOHN NADOLENCO
BARRETT L. SCHREINER

By: /s/ John Nadolenco
    John Nadolenco
Attorneys for Defendant
SPOKEO, INC.

5

STIPULATION TO CONSOLIDATE CASES
CV-10-5306-ODW (AGRX)

709726726