MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
jnadolenco@mayerbrown.com
BARRETT L. SCHREINER (SBN 266617)
bschreiner@mayerbrown.com
350 South Grand Avenue
25th Floor
Los Angeles, CA  90071-1503
Telephone:   (213) 229-9500
Facsimile:    (213) 625-0248

Attorneys for Defendant
SPOKEO, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| JENNIFER PURCELL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SPOKEO, INC.,<br><br>Defendant. | Judge:   Hon. Otis D. Wright II<br><br>**NOTICE OF SUPREME COURT ACTIVITY ON SPOKEO, INC.'S PETITION FOR A WRIT OF CERTIORARI**<br><br>Case No. CV-11-06003-ODW-AGRx<br><br>Complaint filed: September 3, 2010 |
| THOMAS ROBINS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPOKEO, INC.,<br><br>Defendant. | Case No. CV-10-5306-ODW (AGRx)<br><br>Complaint filed: July 20, 2010 |

1   TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF

2   RECORD:

3       PLEASE TAKE NOTICE that on October 6, 2014, the United States

4   Supreme Court issued an order regarding Spokeo, Inc.'s Petition for a Writ of

5   Certiorari, inviting the Solicitor General to file a brief in that case expressing the

6   views of the United States.  In response to such invitations, the Solicitor General's

7   office typically files an amicus brief expressing its view on whether the Supreme

8   Court should grant certiorari.  *See* The United States Department of Justice, Office

9   of the Solicitor General, Briefs, Help and Glossary, http://www.justice.gov/osg/

10  briefs/help.html#invitations (last visited October 10, 2014).  A true and correct

11  copy of the relevant excerpt from the Supreme Court's October 6, 2014 Order List

12  is attached hereto as Exhibit A.

13

14  Dated:  October 13, 2014              MAYER BROWN LLP
                                          JOHN NADOLENCO
15                                        BARRETT L. SCHREINER

16

17                                        By: s/ John Nadolenco
                                              John Nadolenco
18                                        Attorneys for Defendant
                                          SPOKEO, INC.

19

20

21

22

23

24

25

26

27

28

                                          1

# EXHIBIT A

(ORDER LIST: 574 U.S.)

MONDAY, OCTOBER 6, 2014

APPEAL -- SUMMARY DISPOSITION

13-1461      BACKUS, VANDROTH, ET AL. V. SOUTH CAROLINA, ET AL.

            The appeal is dismissed for want of jurisdiction.

CERTIORARI -- SUMMARY DISPOSITIONS

13-10522     HATCHER, DAVID W. V. UNITED STATES

            The motion of petitioner for leave to proceed *in forma*

*pauperis* and the petition for a writ of certiorari are granted.

The judgment is vacated, and the case is remanded to the United

States Court of Appeals for the Fifth Circuit for further

consideration in light of *Paroline* v. *United States*, 572 U. S.

___ (2014).

13-10790     HALIBURTON, JERRY L. V. FLORIDA

            The motion of petitioner for leave to proceed *in forma*

*pauperis* and the petition for a writ of certiorari are granted.

The judgment is vacated, and the case is remanded to the Supreme

Court of Florida for further consideration in light of *Hall* v.

*Florida,* 572 U. S. ___ (2014).

ORDERS IN PENDING CASES

14A39        MOORE, KEVIN D. V. UNITED STATES

            The application for a certificate of appealability addressed

to Justice Thomas and referred to the Court is denied.

14A219       GRADY, FRANCIS G. V. UNITED STATES
(13-10717)
            The application for a stay addressed to Justice Thomas and

referred to the Court is denied.

14M1         VO, JACK V. CASH, WARDEN

1

13-1305      COVENTRY HEALTH CARE, ET AL. V. NEVILS, JODIE

13-1339      SPOKEO, INC. V. ROBINS, THOMAS

13-1379      ATHENA COSMETICS, INC. V. ALLERGAN, INC., ET AL.

13-1467      AETNA LIFE INSURANCE COMPANY V. KOBOLD, MATTHEW

13-1496      DOLLAR GENERAL CORP., ET AL. V. MS BAND OF CHOCTAW, ET AL.

13-1547      RIDLEY SCHOOL DISTRICT V. M. R., ET UX.

    The Solicitor General is invited to file briefs in these

cases expressing the views of the United States.

13-9604      NIXON, TRACY S. V. USDC ND TX

13-9651      DOWDY, GILBERT L. V. UNITED STATES

13-9734      YOUNGBLOOD, JESSE L. V. KIM, DOCTOR

13-9816      JONES, FELICIA N. V. USPS

13-9818      WARD, MICHAEL C. V. MI PAROLE BOARD

13-9881      NIXON, TRACY V. GOLDMAN SACHS MORTGAGE CORP.

    The motions of petitioners for reconsideration of orders

denying leave to proceed *in forma pauperis* are denied.

13-10094     ALZAWAHRA, WAEL F. V. ALBANY MEDICAL CENTER, ET AL.

13-10125     ALESHIRE, SUZANNE V. HARRIS, N.A.

13-10187     HARTMAN, DOROTHY M. V. BANK OF NEW YORK MELLON, ET AL.

    The motions of petitioners for leave to proceed *in forma*

*pauperis* are denied.  Petitioners are allowed until October 27,

2014, within which to pay the docketing fees required by Rule

38(a) and to submit petitions in compliance with Rule 33.1 of

the Rules of this Court.

13-10188     IN RE DOROTHY M. HARTMAN

    The motion of petitioner for reconsideration of order

denying leave to proceed *in forma pauperis* is denied.

13-10357     HUDSON, JAMAL D. V. UNITED STATES