1  MAYER BROWN LLP
   JOHN NADOLENCO (SBN 181128)
2  jnadolenco@mayerbrown.com
   BARRETT L. SCHREINER (SBN 266617)
3  bschreiner@mayerbrown.com
   350 South Grand Avenue
4  25th Floor
   Los Angeles, CA  90071-1503
5  Telephone:  (213) 229-9500
   Facsimile:   (213) 625-0248
6
7  Attorneys for Defendant
   SPOKEO, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JENNIFER PURCELL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SPOKEO, INC.,<br><br>Defendant. | Judge:   Hon. Otis D. Wright II<br><br>**DEFENDANT SPOKEO, INC.'S NOTICE OF MOTION AND MOTION FOR RECONSIDERATION OF ORDER DENYING THE MOTION TO STAY PENDING RESOLUTION OF PETITION FOR CERTIORARI, OR, ALTERNATIVELY, TO CONTINUE THE MOTION FOR CLASS CERTIFICATION UNTIL THE SUPREME COURT RULES**<br><br>Case No. CV-11-06003-ODW-AGRx<br><br>Complaint filed: September 3, 2010 |
| THOMAS ROBINS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SPOKEO, INC.,<br><br>Defendant. | Case No. CV-10-5306-ODW (AGRx)<br><br>Complaint filed: July 20, 2010<br><br>Date:   December 8, 2014<br>Time:   1:30 p.m.<br>Judge: Hon. Otis D. Wright II |

SPOKEO'S NOTICE OF MOTION AND  MOTION FOR RECONSIDERATION OF ORDER DENYING THE
MOTION TO STAY PENDING RESOLUTION OF PETITION FOR CERTIORARI;
CASE NO. CV-10-5306-ODW (AGRX)

711867709

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on December 8, 2014 at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 11 of the above-captioned Court, located at 312 North Spring Street, Los Angeles, California 90012, Defendant Spokeo, Inc. ("Spokeo"), by and through its undersigned attorneys, will move the Court for reconsideration of its June 3, 2014 Order (ECF No. 94) denying Spokeo's motion to stay judicial proceedings pending the resolution of Spokeo's Petition for a Writ of Certiorari in *Robins v. Spokeo, Inc.*, 742 F.3d 409 (9th Cir. 2014), in the United States Supreme Court (the "Petition"). This motion is made on the ground that new material facts have emerged since the Court's June 3, 2014 Order, and the Court should reconsider it prior order in light of the new facts. Specifically, on October 6, 2014, the Supreme Court issued an order regarding Spokeo's Petition, inviting the Solicitor General to file a brief in that case expressing the views of the United States. ECF No. 106 & Ex. A (Notice of Supreme Court Activity).

Alternatively, if the Court is not inclined to grant a stay, Spokeo moves the Court to continue the hearing on the motion for class certification until after the Supreme Court rules on the Petition.

Spokeo's motion is supported by this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities, the records on file in this action, and any oral argument that may be presented at the hearing on this motion.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on October 29, 2014. Following up on that conference, on November 3, 2014, counsel for Plaintiff Thomas Robins informed counsel for Spokeo that Plaintiff Robins would not join Spokeo's request to stay the case or to continue the class certification schedule. Following up on the October 29, 2014

1

SPOKEO'S NOTICE OF MOTION AND MOTION FOR RECONSIDERATION OF ORDER DENYING THE MOTION TO STAY PENDING RESOLUTION OF PETITION FOR CERTIORARI;
CASE NO. CV-10-5306-ODW (AGRX)

711867709

1  conference, on November 10, 2014, counsel for Plaintiff Jennifer Purcell
2  confirmed that Plaintiff Purcell objects to a stay of the case, but does not object to
3  a continuation of class certification briefing and hearing dates.

4  Dated:  November 10, 2014          MAYER BROWN LLP
                                      JOHN NADOLENCO
5                                     BARRETT L. SCHREINER

7                                     By: s/ John Nadolenco
8                                         John Nadolenco
                                          Attorneys for Defendant
9                                         SPOKEO, INC.

2
SPOKEO'S NOTICE OF MOTION AND MOTION FOR RECONSIDERATION OF ORDER DENYING THE
MOTION TO STAY PENDING RESOLUTION OF PETITION FOR CERTIORARI;
CASE NO. CV-10-5306-ODW (AGRX)

711867709