O

# United States District Court
# Central District of California

| | |
|---|---|
| THOMAS ROBINS, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SPOKEO, INC.,<br><br>　　　　　Defendant. | Case No. 2:10-cv-05306-ODW(AGRx)<br><br>**ORDER GRANTING MOTION FOR RECONSIDERATION [107] AND STAYING CASES PENDING RESOLUTION OF PETITION FOR CERTIORARI** |
| JENNIFER PURCELL, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SPOKEO, INC.,<br><br>　　　　　Defendant. | Case No. 2:11-cv-06003-ODW(AGRx) |

　　　　Before the Court in these consolidated class actions is Defendant Spokeo Inc.'s Motion for Reconsideration Re. Order on Motion to Stay Case. (ECF No. 107.) Plaintiffs Thomas Robins and Jennifer Purcell do not oppose the Motion. (ECF Nos. 108, 109.) In the Motion, Spokeo seeks reconsideration of the Court's

June 3, 2014 Order Denying Defendant's Motion for Stay Pending Resolution of Petition for Certiorari. (ECF No. 94.) Having reviewed the Motion for Reconsideration, the Court finds that new material facts have emerged to warrant reconsideration of the Court's prior decision. *See* L.R. 7-18.

On October 6, 2014, the Supreme Court invited the Solicitor General to file a brief expressing the views of the United States on Spokeo's petition for certiorari. Supreme Court review would automatically stay the *Robins* action, and a call for the views of the Solicitor General makes it significantly more likely that the Supreme Court will grant Spokeo's petition. Therefore, the Court finds that a stay of these consolidated cases is appropriate at this time to avoid a waste of time and resources.

For these reasons, the Court **GRANTS** Spokeo's Motion for Reconsideration and **STAYS** these consolidated actions pending resolution of Spokeo's petition for certiorari in the Supreme Court. All dates and deadlines in these actions are **VACATED** and taken off calendar at this time.

**IT IS SO ORDERED.**

November 21, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**